IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ETHELYN ROSS, Individually and as Mother and Independent Administrator of the Estate of DIAMOND ROSS, deceased, | § § § § | Civil Action No. 3:20-CV-01690-E |
| Plaintiff, | § § | |
| v. | § § | (Consolidated with 3:20-CV-2095-E) |
| CITY OF DALLAS et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Having GRANTED Defendant City of Dallas's Motion for Partial Summary Judgment, (ECF No. 55), the Court has dismissed all of Plaintiffs Ethelyn Ross and Clarence McNickles remaining claims. Accordingly, Plaintiffs Ross and McNickles case is **DISMISSED** with prejudice. This is a final judgment. *See* Fed. R. Civ. P. 54.

**SO ORDERED:** December 4, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE